■ LAWRENCE R. CONDON, as Executor of JOSEPH FAROLL, Deceased, et al., Formerly Doing Business under the Name of JOSEPH FAROLL & Co., Now in Liquidation, Plaintiffs, v. NATIONAL SURETY CORPORATION, Defendant and Third-Party Plaintiff-Appellant. SUTRO BROS. & Co., Third-Party Defendant-Respondent.— Order, entered on October 10, 1962, denying motion of the third-party plaintiff to examine before trial the third-party defendant, unanimously reversed, on the law and on the facts, with $20 costs and disbursements to third-party plaintiff-appellant, and the motion granted. Under the liberalized rules in respect of depositions before trial, the third-party plaintiff may examine the third-party defendant on material issues. (*Matter of Sakel*, 9 A D 2d 763.) Paragraph 7 of the Special Rule for the Supreme Court in the Counties of Bronx and New York Requiring the Filing of a Statement of Readiness and

Regulating Calendar Practice Relative Thereto is not available to the third-party defendant because it was not a party to the action at the time of filing of the statement of readiness. Settle order on notice fixing a date for examination to proceed. Concur— Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.